| | |
|---|---|
| 1 | EDGAR B. WASHBURN (#034038) |
| | CHRISTOPHER J. CARR (#184076) |
| 2 | SHAYE DIVELEY (#215602) |
| | STOEL RIVES LLP |
| 3 | 111 Sutter Street, Suite 700 |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 617-8900 |
| | Facsimile: (415) 676-3000 |
| 5 | |
| | JOHN A. BEHNKE (#078720) |
| 6 | FRANK SHAW BACIK (#132565) |
| | CARTER, BEHNKE, OGLESBY & BACIK |
| 7 | 169 Mason Street, Suite 300 |
| | Post Office Box 720 |
| 8 | Ukiah, CA 95482 |
| | Telephone: (707) 462-6694 |
| 9 | Facsimile: (707) 462-7839 |
| 10 | Attorneys for Defendants |
| | THE PACIFIC LUMBER COMPANY and SCOTIA |
| 11 | PACIFIC COMPANY LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; ENVIRONMENTAL PROTECTION AGENCY; and CHRISTINE TODD WHITMAN,<br><br>Defendants. | Case No. C 01-2821 MHP<br><br>**PALCO'S NOTICE OF MOTION AND MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b) FOR IMMEDIATE APPEAL OF ORDERS**<br><br>Date:  March 22, 2004<br>Time:  2:00 p.m.<br>Ctrm:  15<br>Judge: Hon. Marilyn Hall Patel |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

YOU ARE HEREBY NOTIFIED THAT on March 22, 2004, at 2:00 p.m. in Courtroom 15 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Defendants THE PACIFIC LUMBER COMPANY and SCOTIA PACIFIC COMPANY LLC (collectively "PALCO") will move, and hereby do move,

---

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

NO. C 01-2821 MHP             -1-             REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
                                              PALCO'S MOTION FOR CERTIFICATION, ETC.

SanFran-156213.1 0092236-00017

the Court for an order certifying for immediate appeal pursuant to 28 U.S.C. § 1292(b) the Court's Opinion on Motions to Dismiss (entered June 6, 2003), Opinion on Parties' Cross-Motions for Summary Judgment (entered October 14, 2003), and Order on Motion to Dismiss (entered January 23, 2004).  The motion is based upon the ground that each of the three rulings involves a controlling issue of law as to which there is substantial ground for difference of opinion and that an immediate appeal of any of those rulings may materially advance the ultimate termination of the litigation.

This motion will be based upon this Notice of Motion and Motion, the accompanying memorandum of points and authorities, the accompanying request for judicial notice, the accompanying declaration, and the arguments of counsel in support of PALCO's motion.

DATED:  February 12, 2004                    STOEL RIVES LLP


By:_____/s/ Christopher J. Carr_____
CHRISTOPHER J. CARR
Attorneys for Defendants
THE PACIFIC LUMBER COMPANY and
SCOTIA PACIFIC COMPANY LLC

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

NO. C 01-2821 MHP            -2-            REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
                                            PALCO'S MOTION FOR CERTIFICATION, ETC.

SanFran-156213.1 0092236-00017