```
                                                    FILED
                                                   AUG 1 1 2005

                                                   RICHARD W. WIEKING
                                                   CLERK, U.S. DISTRICT COURT
                                                   NORTHERN DISTRICT OF CALIFORNIA
```

Michael R. Lozeau (#142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, California 94501
Phone: (510) 749-9102
Fax: (415) 749-9103

Sharon E. Duggan (#105018)
2070 Allston Way, Suite 300
Berkeley, California 94704
Phone: (510) 647-1904
Fax: (510) 647-1905

Deborah A. Sivas (#135446)
Holly D. Gordon (#226888)
Stanford Law School Environmental Law Clinic
559 Nathan Abbott Way
Stanford, California 94305-8620
Phone: (650) 723-0325
Fax: (650) 725-8509

Attorneys for Plaintiff

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, INC., <br><br> Plaintiff, <br> v. <br><br> PACIFIC LUMBER COMPANY, et al. <br><br> Defendants. | Case No.: C 01-2821 MHP <br><br> **STIPULATED REQUEST FOR EXTENSION OF TIME TO CONDUCT EXPERT DISCOVERY** <br><br> Date:  N/A <br> Time:  N/A <br> Ctrm:  15 <br> Judge: Hon. Marilyn Hall Patel |

The parties hereby stipulate and respectfully request the Court to extend by one month the time for the parties to file expert disclosures and reports. Pursuant to the Court's revised case management order dated May 2, 2005, expert disclosures and final reports currently are due to be submitted no later than August 31, 2005.

Due to the press of business and overseas travel by one of Plaintiff's experts, the parties respectfully request an extension of time until September 30, 2005 to submit expert reports. In addition, the parties request an extension of time for the subsequent expert rebuttals and of the deadline for completing expert depositions. Currently, expert rebuttals are due not later than

September 30, 2005 and expert depositions are to be completed not later than December 31, 2005. The parties request that the deadline for expert rebuttals be extended until December 2, 2005 and that expert depositions be completed not later than February 17, 2006. Counsel for Plaintiff hereby attests that the signatories below concur in the filing of this stipulation.

Respectfully submitted,

August 10, 2005

LAW OFFICE OF MICHAEL R. LOZEAU

*Michael R. Lozeau*
Michael R. Lozeau
Counsel for Plaintiff EPIC

MORRISON FOERSTER

*Christopher Carr*
Christopher J. Carr
Counsel for Defendants Pacific Lumber Company and Scotia Pacific Company LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 8/11/05

Chief Judge Marilyn Hall Patel