FILED

SEP 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael R. Lozeau (#142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, California 94501
Phone: (510) 749-9102
Fax: (415) 749-9103

Sharon E. Duggan (#105018)
370 Grand Avenue, Suite 5
Oakland, California 94602
Phone: (510) 271-0825
Fax: (510) 271-0829

Deborah A. Sivas (#135446)
Holly D. Gordon (#226888)
Stanford Law School Environmental Law Clinic
559 Nathan Abbott Way
Stanford, California 94305-8620
Phone: (650) 723-0325
Fax: (650) 725-8509

Attorneys for Plaintiff

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, INC.,<br><br>Plaintiff,<br>v.<br><br>PACIFIC LUMBER COMPANY, et al.<br><br>Defendants. | Case No.: C 01-2821 MHP<br><br>**STIPULATED REQUEST TO EXTEND TIME TO CONDUCT DISCOVERY AND TO EXTEND THE HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: April 24, 2006<br>Time: 2:00 p.m.<br>Ctrm: 15<br>Judge: Hon. Marilyn Hall Patel |

The parties hereby stipulate and respectfully request the Court to extend the time for the parties to file expert disclosures and reports and to extend the hearing date of April 24, 2006 currently scheduled for the Court to hear cross-motions for summary judgment.

Pursuant to the Court's order dated August 11, 2005, expert disclosures and final reports currently are due to be submitted no later than September 30, 2005. Expert rebuttals currently are due on December 2, 2005. Expert depositions must be completed no later than February 17, 2005. Pursuant to the Court's previous case management order dated May 2, 2005, cross-

E-filing

motions for summary judgment currently are scheduled to be filed by March 1, 2005; opposition briefs are to be filed by April 3, 2005 and the Court has scheduled a hearing on the cross-motions for summary judgment for April 24, 2005.

The parties have been periodically updating their respective disclosures. Defendants are in the process of forwarding additional precipitation data for this past rainy season relevant to the preparation of the parties' expert reports. In addition, one of Defendants' primary counsel will be out of the country for most of October 2005. In order to allow Plaintiff's experts to review the data and, if appropriate, incorporate it into their expert reports, as well as to accommodate counsels' schedules, the parties respectfully request an extension of time until December 16, 2005, to submit expert reports. In addition, the parties request an extension of time until February 17, 2006, for the subsequent expert rebuttals and an extension until March 31, 2006 of the deadline for completing expert depositions as well as all other discovery related to liability. Lastly, in order to allow for the additional time for expert discovery, the parties request that the Court extend the currently scheduled hearing date until July 10, 2006 with cross-motions for summary judgment due by May 15, 2006 and oppositions due by June 15, 2006. Counsel for Plaintiff hereby attests that the signatories below concur in the filing of this stipulation.

Respectfully submitted,

September 22, 2005                    LAW OFFICE OF MICHAEL R. LOZEAU

_____
Michael R. Lozeau
Counsel for Plaintiff EPIC

MORRISON FOERSTER

*Christopher Carr*
_____
Christopher J. Carr
Counsel for Defendants Pacific Lumber Company
and Scotia Pacific Company LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 9/25/05                          _____
                                       Chief Judge Marilyn Hall Patel

STIPULATED REQUEST TO EXTEND TIME TO CONDUCT DISCOVERY AND TO EXTEND THE
HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT –
Case No. C 01-2821 MHP
2