MICHAEL R. LOZEAU (CA Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street Suite 216
Alameda, CA 94501
Telephone: 510-749-9102
Facsimile:  510-749-9103
mrlozeau@lozeaulaw.com

SHARON E. DUGGAN
Law Offices of Sharon E. Duggan
370 Grand Avenue Suite 5
Oakland, CA 94602
Telephone: 510-271-0825
Facsimile:  510-271-0829
foxsduggan@aolo.com

Deborah A. Sivas (Cal. Bar No. 135446)
Holly D. Gordon (Cal. Bar No. 226888)
Stanford Law School Environmental Law Clinic
559 Nathan Abbott Way
Stanford, CA 94305-8620
Telephone: 650-723-0325
Facsimile:  650-725-8509

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, INC.<br><br>　　　　Plaintiff,<br>v.<br><br>PACIFIC LUMBER COMPANY, et al.,<br><br>　　　　Defendants. | Case No.: C 01-2821 MHP<br><br>STIPULATION OF PARTIES TO STAY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER<br><br>DATE: January 9, 2006<br>TIME:  2:00 p.m.<br>COURTROOM: 15 |

Plaintiff, Environmental Protection Information Center (hereinafter referred to as "EPIC"), and Defendants, Pacific Lumber Company and Scotia Pacific Company LLC (hereinafter referred to as "Pacific Lumber Company"), by and through their respective counsel stipulate as follows:

WHEREAS Plaintiff EPIC's First Amended Complaint alleges violations of California's Unfair Competition Law, Business & Professions Code section 17200 et seq. in Count Two of the First Claim and Count Two of the Second Claim;

WHEREAS the voters of California passed an initiative in November 2004, hereinafter referred to as "Proposition 64," which may affect the Plaintiff EPIC's claims asserting violations of the California Unfair Competition Law;

WHEREAS Defendants Pacific Lumber Company have filed a Motion for Judgment on the Pleadings as to these counts alleging violations of California's Unfair Competition Law, on the grounds that Proposition 64 prevents the Plaintiff EPIC from pursuing the claims alleged under the California Unfair Competition Law;

WHEREAS the California Supreme Court has accepted a number of cases to review the question of whether the terms of Proposition 64 apply to cases, such as this one, pending at the time Proposition 64 became law;

WHEREAS it is in the interests of the parties and judicial economy to stay and defer deciding Pacific Lumber Company's Motion for Judgment on the Pleadings so as to await the Supreme Court's resolution of that issue before filing briefs or ruling on that issue;

THEREFORE THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER that Pacific Lumber Company's Motion for Judgment on the Pleadings as to Plaintiff EPIC's claims alleging violation of the California Unfair Competition Law is stayed pending a final decision by the California Supreme Court on its review of cases concerning the question whether the terms of Proposition 64 apply to cases

pending at the time Proposition 64 became law.

                Respectfully submitted,

DATED: December 2, 2005    LAW OFFICE OF MICHAEL R. LOZEAU

*/s/ Michael R. Lozeau*

Michael R. Lozeau
Counsel for Plaintiff EPIC

MORRISON & FOERSTER LLP

*/s/ Christopher J. Carr*

Christopher J. Carr
Counsel for Defendants Pacific Lumber Company
and Scotia Pacific Company LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/6/2005

                Judge Marilyn Hall Patel

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Marilyn H. Patel]*

STIPULATION OF PARTIES TO STAY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER, Case No. C 01-2821 MHP

3