1  EDGAR B. WASHBURN (#34038)
   *ewashburn@mofo.com*
2  CHRISTOPHER J. CARR (#184076)
   *ccarr@mofo.com*
3  WILLIAM M. SLOAN (#203583)
   *wsloan@mofo.com*
4  SHAYE DIVELEY (#215602)
   *sdiveley@mofo.com*
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  FRANK SHAW BACIK (#132565)
   *fbacik@pacific.net*
9  CARTER, OGLESBY, MOMSEN & BACIK
   169 Mason Street, Suite 300
10 P.O. Box 720
   Ukiah, CA  95482
11 Telephone: 707.462.6694
   Facsimile: 707.462.7839

12
   Attorneys for Defendants
13 PACIFIC LUMBER COMPANY AND SCOTIA PACIFIC
   COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; ENVIRONMENTAL PROTECTION AGENCY; and CHRISTINE TODD WHITMAN,<br><br>Defendants. | Case No.   C 01-2821 MHP<br><br>**STIPULATED REQUEST TO EXTEND HEARING AND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Ctrm:   6<br>Judge:   Marilyn Hall Patel |

WHEREAS Defendants Pacific Lumber Company and Scotia Pacific Company LLC (collectively "PALCO") have filed a motion for partial summary judgment arguing that the claims alleged by Plaintiff Environmental Protection Information Center ("EPIC") are moot;

Case No. C 01-2821 MHP — **STIPULATED REQUEST TO EXTEND HEARING & BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT**
sf-2061580

1

1  WHEREAS Plaintiff EPIC subsequently filed a motion for partial summary judgment on
2  its First and Second Claims against Defendants PALCO;

3  WHEREAS the hearing on PALCO's motion is scheduled for January 18, 2006, at
4  2:00 p.m.;

5  WHEREAS the hearing on EPIC's motion is scheduled for February 13, 2006, at
6  2:00 p.m.;

7  WHEREAS, the Court has directed that the two motions be heard on the same date;

8  THEREFORE, the parties hereby stipulate and respectfully request the Court to extend the
9  above dates as follows:

10  1.  The hearings on both PALCO's and EPIC's motions for summary judgment are
11      rescheduled for March 6, 2006, at 2:00 p.m.;
12  2.  PALCO shall file its opposition to EPIC's motion no later than February 6, 2006;
13  3.  EPIC shall file its reply to PALCO's opposition no later than February 21, 2006;

14  Dated: January 11, 2006                MORRISON & FOERSTER LLP

16                                         By:  /s/ Christopher J. Carr
                                                Christopher J. Carr
17                                         Attorneys for Defendants PACIFIC
                                           LUMBER COMPANY AND SCOTIA
18                                         PACIFIC COMPANY LLC

19  Dated: January 11, 2006                LAW OFFICES OF MICHAEL R. LOZEAU

21                                         By:  /s/ Michael R. Lozeau
                                                Michael R. Lozeau
22                                         Attorneys for Plaintiff
                                           ENVIRONMENTAL PROTECTION
23                                         INFORMATION CENTER

25  IT IS SO ORDERED:
26  DATED: _____, 2006

27                                         _____
28                                         Judge Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel

Case No. C 01-2821 MHP — **STIPULATED REQUEST TO EXTEND HEARING & BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT**
sf-2061580

2