1   MICHAEL R. LOZEAU (CA Bar No. 142893)
    1516 Oak Street, Suite 216
2   Alameda, CA 94501
    Tel: (510) 749-9102
3   Fax: (510) 749-9103
    E-mail:  mrlozeau@lozeaulaw.com
4
    SHARON E. DUGGAN (Bar No. 105108)
5   370 Grand Avenue, Suite 5
    Oakland, CA 94610
6   Tel: (510) 271-0825
    Fax: (510) 271-0829
7   E-mail:  foxsduggan@aol.com
8
9   Attorneys for Plaintiff
    Environmental Protection Information Center
10
11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12
13  ENVIRONMENTAL PROTECTION              Case No.: C-01-2821 MHP
    INFORMATION CENTER,
14                                        STIPULATED REQUEST TO
            Plaintiff,                    EXTEND TIME TO PROVIDE
15                                        BRIEFING AS REQUIRED BY
        v.                               COURT'S APRIL 28, 2006
16  PACIFIC LUMBER COMPANY; SCOTIA PACIFIC   MEMORANDUM AND ORDER;
    COMPANY, LLC, and; UNITED STATES        [PROPOSED] ORDER
17  ENVIRONMENTAL PROTECTION AGENCY,
18
            Defendants.
19  _____/
20
        The parties hereby stipulate and respectfully request the Court to extend the time for the
21
    parties to file the memoranda the Court directed the parties to submit in its April 28, 2006
22
    Memorandum and Order.
23
24      On April 28, 2006 the Court issued its Memorandum and Order the Parties' Cross-
25  Motions for Summary Judgment.  In that Memorandum and Order the Court directed the parties to
26  provide additional briefing on what types of evidence plaintiff would have to proffer in order to
27
28  Stipulated Request to Extend Time for Briefing; [Proposed] Order        Case No. C-01-2821 MHP      1

carry its burden to provide defendants' liability under the Clean Water Act.  Order at 23:22-23.  The Court directed Plaintiffs to file a brief within ten (10) days of the Memorandum and Order, by May 8, 2006, and Defendants to file within ten (10) days thereafter a brief in response, by May 18, 2006.  *Id.*, at 23:24-24:1.

The parties are currently engaged in expert depositions in this case during the week of May 1 and May 8.  Five depositions are being conducted.  The deadline to complete these depositions is May 12.  Upon completion of the final deposition scheduled for May 12, lead counsel for Plaintiffs is leaving the state for a week for a long-planned holiday.  Standing and other witness depositions in this case will be taken during the week of May 22, 2006.  Co-counsel for the plaintiffs has been out of her office for three weeks with bronchitis and is unable to provide the briefing in the time frame now required.  In addition, she has a summary judgment brief due on May 12, and a California Supreme Court brief on the merits due on May 26.  Counsel for the defendants also have other briefing commitments due in addition to the current ongoing discovery matters in this case.  The deadline for filing summary judgment motions is June 30, 2006.

The parties stipulate and respectfully request that the Court extend the time to file the briefing as required in the Court's April 28 2006 Memorandum and Order.  The parties stipulate and respectfully request that the Plaintiff's brief be due on June 2, 2006 and Defendant's reply due on June 12, 2006.  Counsel for Plaintiff hereby attests that the signatories below concur in the filing of this stipulation.

May 3, 2006                          LAW OFFICES OF MICHAEL LOZEAU

                                     _____/s/ Michael R. Lozeau_____
                                     Michael R. Lozeau
                                     Counsel for Plaintiff EPIC

May 4, 2006                            MORRISON & FOERSTER

                                      _____/s/__Christopher J. Carr_____
                                      Christopher J. Carr
                                      Counsel for Defendants  Pacific Lumber Company and
                                      Scotia Pacific Company LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  May 5, 2006      ___          _____

                                      Chief Judge Marilyn H. Patel

