MICHAEL R. LOZEAU (CA Bar No. 142893)
1516 Oak Street, Suite 216
Alameda, California 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

SHARON E. DUGGAN (CA Bar No. 105108)
370 Grand Avenue, Suite 5
Oakland, California 94610
Tel: (510) 271-0825
Fax: (510) 271-0829
E-mail: foxsduggan@aol.com

DEBORAH SIVAS (CA Bar No. 135446)
Holly D. Gordon (CA Bar No. 226888)
STANFORD LAW SCHOOL
ENVIRONMENTAL LAW CLINIC
559 Nathan Abbott Way
Stanford, California 94305-8620
Tel: (650) 723-0325
Fax: (650) 725-8509
E-mail: dsivas@stanford.edu

Attorneys for Plaintiff
Environmental Protection Information Center

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LUMBER COMPANY; SCOTIA PACIFIC COMPANY, LLC, and; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants.<br>_____/ | Case No.: C01-2821 MHP<br><br>STIPULATION TO EXTEND PAGE LIMITS ON SUMMARY JUDGMENT MEMORANDA; [PROPOSED] ORDER AUTHORIZING FILING OF MEMORANDA IN EXCESS OF 25 PAGES<br><br>DATE: August 21, 2006<br>TIME: 2:00 p.m. |

Stipulation to Extend Page Limits; [Proposed] Order Granting Excess Page Limits
Case No. C 01-2821 MHP                                                                                                             1

COURTROOM: 15

WHEREAS the parties to this action may file cross motions for summary judgment by no later than June 30, 2006;

WHEREAS, the Local Rule 7.2 for the Northern District of California limits the length of a supporting and opposition memoranda to 25 pages;

WHEREAS, due to the extensive evidence and review necessary, the Plaintiff, Environmental Protection Information Center ("EPIC") requires more than 25 pages to present their factual and legal arguments in its opening memoranda in support of its motion for summary judgment; and

WHEREAS the Plaintiff EPIC has worked diligently to confine its memorandum to as few pages as necessary;

WHEREAS, the Defendant Pacific Lumber believes it will need in excess of 25 pages when it files an opposition to Plaintiff EPIC's motion for summary judgment.

**THE PARTIES THEREFORE STIPULATE AS FOLLOWS**:

1. EPIC and Pacific Lumber each agree that EPIC may file an opening memoranda in support of its motion for summary judgment in excess of 25 pages, and not to exceed 45 pages;

2. EPIC and Pacific Lumber also agree that Pacific Lumber may file a memorandum in opposition to EPIC's motion for summary judgment in excess of 25 pages, and not to exceed 45 pages, should it be necessary.

3. EPIC and Pacific Lumber agree to respectfully request that the Court allow the Plaintiff EPIC and Defendant Pacific Lumber to file their respective memoranda in support and in

1 opposition to EPIC's motion for summary judgment in excess of 25 pages and not to exceed 45
2 pages.
3
4 DATED: June 30, 2006                    Respectfully submitted,
5
6                                              /s/ Michael R. Lozeau
7                                              Michael R. Lozeau
                                               Attorney for Plaintiff EPIC
8
9 DATED: June 30, 2006                       /s/ Shaye Diveley
10                                             Shaye Diveley
                                               Morrison & Foerster
11                                             Attorneys for Defendants Pacific Lumber
12
13      **THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING, IT IS
14 SO ORDERED.**
15
16 Dated: July 5, 2006
17                                             _____
                                               IT IS SO ORDERED
18                                             United
                                               Northern
19                                             Judge Marilyn H. Patel
20
21
22
23
24
25
26
27
28

Stipulation to Extend Page Limits; [Proposed] Order Granting Excess Page Limits
Case No. C 01-2821 MHP                                                                    3