MICHAEL R. LOZEAU (CA Bar No. 142893)
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

SHARON E. DUGGAN (CA Bar No. 105108)
370 Grand Avenue, Suite 5
Oakland, CA 94610
Tel: (510) 271-0825
Fax: (510) 271-0829
E-mail: foxsduggan@aol.com

Deborah A. Sivas (CA Bar No. 135446)
Holly D. Gordon (CA Bar No. 226888)
STANFORD LAW SCHOOL
ENVIRONMENTAL LAW CLINIC
559 Nathan Abbott Way
Stanford, California 94305-8620
Tel: (650) 723-0325
Fax: (650) 725-8509
dsivas@stanford.edu

Attorneys for Plaintiff
Environmental Protection Information Center

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, <br><br> Plaintiff, <br> v. <br><br> PACIFIC LUMBER COMPANY; SCOTIA PACIFIC COMPANY, LLC, and; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Case No.: C01-2821 MHP <br><br> DECLARATION OF WILLIAM C. EASTWOOD <br><br> Date: August 21, 2006 <br> Time: 2:00 p.m. <br> Courtroom: 15 |

Declaration of William C. Eastwood　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C-01-2821 MHP

I, William C. Eastwood, do declare and if called as a witness would testify as follows:

1. I am over the age of 18 and a resident of Humboldt County.

2. I am a member of the Environmental Protection Information Center. I have made myself available as a designated standing witness for EPIC in the case the group is bringing against Pacific Lumber Company and Scotia Pacific Company, LLC (collectively "Pacific Lumber") under the federal Clean Water Act.

3. I have previously testified at a deposition conducted for this case on May 26, 2006. In preparation for that deposition and during the deposition, I also had an opportunity to review answers to interrogatories prepared by EPIC describing my injuries and concerns stemming from Pacific Lumber's discharges of sediment and turbidity to Bear Creek in Humboldt County. During my deposition, I confirmed the accuracy of the response to interrogatory no. 5 from Defendants' first set of interrogatories as it pertains to my uses of Bear Creek and the related Eel River watershed. That response is attached as Exhibit 1B to Attachment 1 to the Notice of Deposition I received notifying me of the date, time and place of my May 26, 2006 deposition.

4. This declaration supplements my previous deposition testimony as well as the relevant interrogatory response. In addition to my numerous observations of Bear Creek that I have made as I passed over the Creek while driving on Highway 101 or the Avenue of the Giants, I intend to pass by and observe Bear Creek and the quality of its waters in the near future. Currently, I intend to drive over the Creek within the next three weeks. At that time, I also intend to visit Humboldt Redwoods State Park and the mouth of Bear Creek to pursue my recreational and aesthetic interests by walking and observing nature, including the Creek and wildlife in the Creek, at and around the mouth of the Creek. During that visit, I also will be interested in observing the water quality conditions of Bear Creek, reflecting on the status of creek restoration efforts within the Creek and otherwise pursuing my conservational interests in the health of Bear Creek as well as the rest of the Eel River watershed and

///

///

///

1 particularly the fish that are striving to live and survive in those waters.

2   I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July 2006 in Redway, California.

*William C. Eastwood* (signature)

_____William C. Eastwood