MICHAEL R. LOZEAU (CA Bar No. 142893)
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

SHARON E. DUGGAN (CA Bar No. 105108)
370 Grand Avenue, Suite 5
Oakland, CA 94610
Tel: (510) 271-0825
Fax: (510) 271-0829
E-mail: foxsduggan@aol.com

Deborah A. Sivas (CA Bar No. 135446)
Holly D. Gordon (CA Bar No. 226888)
STANFORD LAW SCHOOL
ENVIRONMENTAL LAW CLINIC
559 Nathan Abbott Way
Stanford, California 94305-8620
Tel: (650) 723-0325
Fax: (650) 725-8509
dsivas@stanford.edu

Attorneys for Plaintiff
Environmental Protection Information Center

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>　　　　Plaintiff,<br>　　v.<br><br>PACIFIC LUMBER COMPANY; SCOTIA PACIFIC COMPANY, LLC, and; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendants.<br>_____ | Case No.: C01-2821 MHP<br><br>DECLARATION OF CRAIG R. BELL<br><br>Date: August 21, 2006<br>Time: 2:00 p.m.<br>Courtroom: 15 |

Declaration of Craig R. Bell　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C-01-2821 MHP

I, Craig R. Bell, do declare and if called as a witness would testify as follows:

1. I am over the age of 18 and a resident of Mendocino County.

2. I am a member of the Environmental Protection Information Center. I have made myself available as a designated standing witness for EPIC in the case the group is bringing against Pacific Lumber Company and Scotia Pacific Company, LLC (collectively "Pacific Lumber") under the federal Clean Water Act.

3. I have previously testified at a deposition conducted for this case on May 25, 2006. In preparation for that deposition and during the deposition, I also had an opportunity to review answers to interrogatories prepared by EPIC describing my injuries and concerns stemming from Pacific Lumber's discharges of sediment and turbidity to Bear Creek in Humboldt County. During my deposition, I confirmed the accuracy of the response to interrogatory no. 5 from Defendants' first set of interrogatories as it pertains to my uses of Bear Creek and the related Eel River watershed. That response is attached as part of Exhibit 1 to the transcript of my May 25, 2006 deposition.

4. This declaration supplements my previous deposition testimony as well as the relevant interrogatory response. In addition to my numerous past visits in a boat to the mouth of Bear Creek as it enters the Eel River and my frequent past observations of Bear Creek as I pass over the Creek while driving on Highway 101 or the Avenue of the Giants, I plan to pass by and observe Bear Creek and the quality of its waters in August 2006 and this coming rainy season. I also intend to boat on the Eel River near or at the mouth of Bear Creek within the next year. I also would hope to guide fishing excursions on the Eel River at the mouth of Bear Creek should conditions, including sedimentation loadings and turbidity levels including those coming from Bear Creek and Pacific Lumber's logging operations, improve enough in the future to allow for the recovery of salmon and steelhead populations in the Eel River.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of July 2006 in Gualala, California.

_____
Craig R. Bell

Declaration of Craig R. Bell                                                         Case No. C-01-2821 MHP

2