1  EDGAR B. WASHBURN (#34038)
   ewashburn@mofo.com
2  CHRISTOPHER J. CARR (#184076)
   ccarr@mofo.com
3  WILLIAM M. SLOAN (#203583)
   wsloan@mofo.com
4  SHAYE DIVELEY (#215602)
   sdiveley@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  FRANK SHAW BACIK (#132565)
   fbacik@pacific.net
9  CARTER, OGLESBY, MOMSEN & BACIK
   169 Mason Street, Suite 300
10 P.O. Box 720
   Ukiah, California 95482
11 Telephone: 707.462.6694
   Facsimile: 707.462.7839
12

13 Attorneys for Defendants
   PACIFIC LUMBER COMPANY AND SCOTIA PACIFIC
   COMPANY LLC
14

FILED
AUG 18 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; ENVIRONMENTAL PROTECTION AGENCY; and CHRISTINE TODD WHITMAN,<br><br>Defendants. | Case No.   C 01-2821 MHP<br><br>FURTHER STIPULATED REQUEST TO EXTEND TIME TO FILE JOINT STATEMENT OF FACTS AS REQUIRED BY COURT'S STANDING ORDER, ITEM 7.<br><br>Ctrm:  6<br>Judge:  Marilyn Hall Patel |

Case No. C 01-2821 MHP
**FURTHER STIPULATED REQUEST RE JOINT STATEMENT OF FACTS**
sf-2179132

1

1    Pursuant to Local Rule 6-2, the parties hereby stipulate and respectfully request the Court
2    to further extend the time for the parties to file the Joint Statement of Undisputed Facts, as
3    required by the Court's Standing Order Item 7.
4    The parties filed cross-motions for summary judgment on June 30, 2006, and opposition
5    memoranda on July 31, 2006. The cross-motions include extensive factual information. In order
6    to provide a complete and accurate statement of undisputed facts, the parties requested additional
7    time to complete the Joint Statement of Undisputed Facts. This Court granted that request and
8    extended the deadline to August 16, 2006. At the same time, the Court continued the hearing on
9    the summary judgment motions from August 18, 2006, to September 22, 2006.
10   The parties have been working diligently on the Joint Statement of Undisputed Facts.
11   However, at the time of their initial request, the parties did not anticipate the time and resources
12   needed to prepare the Joint Facts. In draft form, the Joint Statement of Undisputed Facts already
13   includes more than 400 facts. Additional changes, revisions and additions are necessary to
14   finalize the Joint Statement. The parties expect this work will take several more days.
15   Accordingly, the parties stipulate and respectfully request that the Court further extend the
16   time to file the Joint Statement of Undisputed Facts to **Friday, September 1, 2006**. This
17   additional time will allow the parties to complete the Joint Statement, as well as accommodate
18   Plaintiff's counsel's scheduled vacation next week and the parties' other litigation obligations.
19   The requested deadline is also consistent with the Court's Standing Order, Item 7, which sets the
20   date for filing the Joint Statement as the deadline for the opposition to summary judgment. With
21   the new hearing date of September 22, the deadline for filing the Joint Statement would be
22   September 1.
23   Counsel for Defendant hereby attests that the signatories below concur in the filing of this
24   stipulation.

| | | |
|---|---|---|
| 1 | Dated: August 15, 2006 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ Shaye Diveley |
| | | Shaye Diveley |
| 4 | | Attorneys for Defendants PACIFIC LUMBER COMPANY AND SCOTIA PACIFIC COMPANY LLC |
| 5 | | |
| 6 | Dated: August 15, 2006 | LAW OFFICE OF MICHAEL R. LOZEAU |
| 7 | | |
| 8 | | By:  /s/ Michael R. Lozeau |
| | | Michael R. Lozeau |
| 9 | | Attorneys for Plaintiff ENVIRONMENTAL PROTECTION INFORMATION CENTER |
| 10 | | |

**IT IS SO ORDERED**

[signature]

U.S. DISTRICT JUDGE

Case No. C 01-2821 MHP
**FURTHER STIPULATED REQUEST RE JOINT STATEMENT OF FACTS**
sf-2179132

3