SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

MARK A. RIGAU (SBN 223610)
Trial Attorney
Environmental Defense Section
U.S. Department of Justice
San Francisco, CA, 94105
Telephone: (415) 744-6487
Fax: (415) 744-6476
E-mail: mark.rigau@usdoj.gov

(Additional Counsel Listed at End)

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware corporation; ENVIRONMENTAL PROTECTION AGENCY; and STEPHEN L. JOHNSON, Administrator [1]/ <br><br> Defendants. | No. C 01-2821 MHP <br><br> **STIPULATION** <br><br> Date: October 3, 2006 <br> Time: 9:00 a.m. <br> Ctrm: 6 <br> Judge: Hon. Marilyn Hall Patel |

WHEREAS, pursuant to Civil L.R. 7-12, Plaintiff, ENVIRONMENTAL PROTECTION

---

[1]/   Stephen L. Johnson is automatically substituted for his predecessor in office, pursuant to Fed. R. Civ. P. 25(d)(1).

INFORMATION CENTER ("EPIC"); Defendants, PACIFIC LUMBER COMPANY and SCOTIA PACIFIC COMPANY LLC ("PALCO"); and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and its Administrator, STEPHEN L. JOHNSON ("EPA") (collectively, the "Parties"), have agreed to enter into this stipulation;

WHEREAS the briefing on the EPIC and PALCO's cross-motions for summary judgment has been completed;

WHEREAS on September 8, 2006, EPIC filed a Reply to PALCO's cross-motion, Docket No. 301, which led to PALCO filing a Motion to Strike EPIC's Reply, Docket No. 302, and further filings.  See Docket Nos. 303, 304 and 306 to 309;

WHEREAS the Parties have conferred on EPA's request to submit to the Court a copy of a Motion of the United States, as *Amicus Curiae*, To Clarify The [Ninth Circuit's August 10, 2006 Opinion], filed by the United States in Northern California River Watch v. City of Healdsburg, Case No. 04-15442 (9th Cir.) ("Amicus Brief"), and that the Court take judicial notice thereof;

WHEREAS PALCO does not believe that by entering into this stipulation it is taking a position inconsistent with its Motion to Strike as the government is requesting permission to file;

WHEREAS the Parties have agreed that a stipulation to allow EPA to file the Amicus Brief would relieve the Court of the burden associated with briefing on this request;

WHEREAS the Parties have agreed that by entering into this stipulation, EPIC and PALCO do not stipulate to the content of the position taken by the United States in the Amicus Brief, do not waive any rights or arguments concerning the interpretation of the recent Supreme Court decision in Rapanos v. United States/Carabell v. U.S. Army Corps of Engineers, 126 S. Ct. 2208 (2006), and reserve the right to present argument at the hearing on the cross-motions.

THEREFORE, the Parties agree and stipulate, subject to the Court's approval, as follows:

1.  EPA may submit a copy of the Amicus Brief (copy attached as Exhibit A) with attachment – the opposition brief of the United States in Hubenka v. United States, on petition for writ of certiorari to the Tenth Circuit (S. Ct. No. 05-11337); and

2.  EPA requests that the Court take judicial notice of the Amicus Brief and attachment referenced in Paragraph 1 above.  See e.g. Fed. R. Evid. 201(b) (court may take judicial notice of a fact that is not reasonably in dispute); Nugget Hydroelectric, LP v. Pacific Gas & Elec. Co., 91 F.2d 429, 435 (9th Cir. 1992) (judicial notice of reports, records, orders and decisions by administrative agencies an courts is proper); 28 U.S.C. § 1733(a) (government records and documents are admissible into evidence to prove the act, transaction, or occurrence of the matters contained therein).

Respectfully submitted this 21st day of September, 2006.

                                        SUE ELLEN WOOLRIDGE
                                        Assistant Attorney General

                                                /S/

| Of Counsel | MARK A. RIGAU (SBN 223610) |
|---|---|
|  | Trial Attorney |
| RICHARD WITT | U.S. Department of Justice |
| U.S. Environmental Protection Agency | Environment and Natural Resources |
| Office of General Counsel | Division |
| Ariel Rios Building North | Environmental Defense Section |
| Mail Code 2355A | Tel: (415) 744-6487/Fax: (415) 744-6476 |
| 1200 Pennsylvania Avenue, N.W. | E-mail: mark.rigau@usdoj.gov |
| Washington, D.C.  20460 |  |
|  | KEVIN V. RYAN (SBN 118321) |
|  | United States Attorney |
|  | JAMES A. CODA (SBN 1012669 (WI)) |
|  | Assistant United States Attorney |
|  | Northern District of California |
|  | 450 Golden Gate Ave., Box 36055 |
|  | San Francisco, CA 94102 |
|  | Telephone:  (415) 436-6967 |
|  | Facsimile:   (415) 436-7234 |

Attorneys for the United States

        /S/
EDGAR B. WASHBURN (#34038)
CHRISTOPHER J. CARR (#184076)
ccarr@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000
Fax: 415.268.7522

Attorneys for Defendants PALCO

        /S/
MICHAEL R. LOZEAU (Bar. No. 142893)
1516 Oak Street, Suite 216
Alameda, California 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

Attorney for Plaintiff EPIC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** __9/22/2006_____

_____
**Hon. Marilyn H. Patel**
**Chief Judge, United States District Court**

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel, with signature]*