UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENVIRONMENTAL PROTECTION
INFORMATION CENTER

        Plaintiff,

  v.

PACIFIC LUMBER COMPANY ET AL.

        Defendants.

No. C 01-02821 MHP

**ORDER**

On May 2, 2005, the court instructed the parties at a case management conference not to file reply papers in association with the parties' cross-motions for summary judgement. EPIC filed a reply brief on September 8, 2006 in contravention of the court's instructions. The court orders that this reply as well as any other papers filed contrary to the court's order be stricken. The parties are instructed to file no further papers in regard to the cross-motions for summary judgment currently before the court.

IT IS SO ORDERED.

Dated: 9/26/06

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California